UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Craig Petrarca

v. C.A. No. 07-378S

Michael J. Astrue, Commissioner
Social Security Administration

ORDER

This matter is hereby referred to Magistrate Judge David L. Martin for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:

William E. Smith
U.S. District Judge
Date: 1/2/08

BY ORDER:

Deputy Clerk