UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Craig Petrarca
Petitioner

V. CA 07-378S

Michael J. Astrue, Commissioner
of Social Security
Respondent

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on May 8, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). No objection having been filed, Defendant's Motion to Remand is GRANTED, Plaintiff's Motion to Reverse or Remand is GRANTED and the matter is remanded to the Commissioner for further administrative proceedings.

BY ORDER:

Doreen Baldinelli
DEPUTY CLERK

ENTER:

WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 5/29/08